DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KYLE KEMP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-2997

_____

May 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Kyle Kemp, pro se.

PER CURIAM.

    Affirmed.

MORRIS, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.